UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CLIFTON R. HOWARD,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>NANCY A. BERRYHILL, Acting Commissioner  )<br>of Social Security,  )<br>    Defendant.  )  | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:16-CV-228-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 22]. Plaintiff's motion for judgment on the pleadings [D.E. 17] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 19] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S. C. § 405(g).

**This Judgment Filed and Entered on September 11, 2017, and Copies To:**

| | |
|---|---|
| Derrick Kyle Arrowood | (via CM/ECF electronic notification) |
| Stephen F. Dmetruk, Jr. | (via CM/ECF electronic notification) |

DATE:
September 11, 2017

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Briggeman
Deputy Clerk