IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:16-CV-228-D

| | | |
|---|---|---|
| CLIFTON R. HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $3,069.90 for attorney fees, in full and final settlement of all claims due against the Social Security Administration, for attorney fees and costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

This Court hereby awards Plaintiff $3,069.90 in attorney fees under the Equal Access to Justice Act (28 U.S.C. § 2412(c) and (d)), paid to Plaintiff's attorney if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

SO ORDERED. This 11 day of January 2018.

JAMES C. DEVER III
Chief United States District Judge