UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CLIFTON R. HOWARD, )<br>)<br>           Plaintiff, )<br>)<br>   v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>           Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:16-CV-228-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Court hereby awards Plaintiff $3,069.90 in attorney fees under the Equal Access to Justice Act (28 U.S.C. § 2412(c) and (d)), paid to Plaintiffs attorney if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt; any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

**This Judgment Filed and Entered on January 11, 2018, and Copies To:**
Derrick Kyle Arrowood            (via CM/ECF electronic notification)
Stephen F. Dmetruk, Jr.            (via CM/ECF electronic notification)

DATE:                                 PETER A. MOORE, JR., CLERK
January 11, 2018                 (By) /s/ Nicole Briggeman
                                                Deputy Clerk